```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF MISSOURI
                  EASTERN DIVISION
```

| | |
|---|---|
| UNITED VAN LINES, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:05 CV 2174 DDN |
| | ) |
| BARBARA HILL and WOODHAVEN | ) |
| PHARMACY SERVICES, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the request of plaintiff for an extension of time until June 10, 2006, in which to file papers disposing of this matter is sustained.

/s/ David D. Noce

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on June 1, 2006.